

FILED

MAY 1 3 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TODD KENNETH HOROB,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES DISTRICT<br>COURT BILLINGS MT.,<br><br>                    Defendant. | No. CV 13-63-BLG-SEH<br><br>ORDER |

On May 8, 2013, United States Magistrate Carolyn S. Ostby entered her Findings and Recommendations[1] in this matter. Plaintiff is not entitled to a fourteen-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

---

[1] Docket No. 3.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff is not allowed to proceed *in forma pauperis or* move to proceed *in forma pauperis*. 18 U.S.C. § 1915(g).

2. The Clerk of Court shall close the file and enter judgment accordingly.

DATED this 13th day of May, 2013.

*[signature]*
SAM E. HADDON
United States District Judge